IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

SYLVESTER THOMAS,

    Plaintiff,

  v.

DOUG BELLILE, and
JILL ARCHAMBO,

    Defendants.

Case No. 20-cv-906-bbc

---

JUDGMENT IN A CIVIL CASE

---

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case.

| /s/ | 10/12/2021 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |